

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-19-00508-CV

Twanda **BROWN,**
Appellant

v.

**CITY OF INGRAM, TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19355B
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due August 30, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court